(110 So. 476)

Tom KNIGHT v. STATE. (6 Div. 811.)

(Supreme Court of Alabama. Nov. 26, 1926.)

Certiorari to Court of Appeals.

Curtis, Pennington & Pou, of Jasper, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

GARDNER, J. Petition of Tom Knight for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Knight v. State, 21 Ala. App. 579, 110 So. 476.

Writ denied.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.